UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>BRYANT A. HOLMAN<br>    Defendant. | CRIMINAL NO. 5:17-87-KKC-1<br><br><br>**ORDER** |

\* \* \* \* \* \* \* \* \*

This matter is before the Court on a Report and Recommendation in which the Magistrate Judge makes certain recommendations regarding the defendant's admitted violations of the terms of his supervised release (DE 46). No party has filed objections to the recommendation, but the defendant has not waived his right to appear before the district judge to make a statement and present mitigating information.

Accordingly, the Court hereby ORDERS that the Report and Recommendation is ADOPTED as the Court's opinion. The Court further orders as follows:

1) this matter is set for a sentencing hearing on **December 9, 2022 at 2:00 p.m.**;

2) if Holman does not wish to appear before the Court at a sentencing hearing, he MUST FILE **on or before Wednesday, December 7, 2022** a waiver of his allocution rights; and

3) if Holman files an allocution of his waiver rights, the Court will cancel the sentencing hearing and enter a judgment consistent with the Report and Recommendation.

This 2nd day of December, 2022.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY